## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:13-00139 |
| ) | Judge Trauger |
| ) | |
| [2] FALLON SABLAN, a/k/a Smiley ) | |

## O R D E R

It is hereby **ORDERED** that the Defendant's Motion For Revocation of Detention Order And to Set Bond (Docket No. 54) is set for evidentiary hearing on Tuesday, October 8, 2013, at 10:00 a.m. The court will review the transcript of the hearing held before the Magistrate Judge on September 3, 2013 and any other documents relevant thereto. The defendant and the government may present further proof at the hearing.

It is so **ORDERED**.

ENTER this 1st day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge