**Motion GRANTED.**
*[signature: Judge Trauger]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS | CASE NO. 3:13-00139 |
| | JUDGE TRAUGER |
| FALLON SABLAN | |
| a/k/a SMILEY | |

## MOTION TO ORDER RELEASE OF DEFENDANT FALLON SABLAN

Comes now the Defendant, Fallon Sablan, and moves this court to order her release from custody to the USPO in order to be placed on electronic monitoring.

In support of this motion the defendant would show the following:

1. A hearing was held on October 8, 2013 wherein the Defendant was to be released and placed on electronic monitoring upon the installation of the electronic monitoring service.

2. Probation has notified counsel that an electronic monitoring device has been ordered and ready to be set up for Ms. Sablan on Friday October 11, 2013.

Accordingly, Ms. Sablan requests that this court order that she be transported to the Marshal's office for release on October 11, 2013.