IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00139 |
| | ) | Judge Trauger |
| | ) | |
| [2] FALLON SABLAN, a/k/a Smiley, and | ) | |
| [3] QUANTEZ MILLER | ) | |

**O R D E R**

The Motion to Continue Trial filed by defendant Sablan (Docket No. 67) is **GRANTED**, conditioned upon the timely filing of a waiver of speedy trial by the co-defendant, Quantez Miller, who apparently is not opposed to this continuance. By separate order, the trial is being continued to February 18, 2014.

It is further **ORDERED** that pretrial motions shall be filed January 7, 2014.

It is so **ORDERED**.

ENTER this 21st day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge